IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSHUA BOGE,

    Plaintiff,

v.

JAMIE L. BARKER, et al.,

    Defendants.

ORDER

Case No. 24-cv-89-wmc

    Plaintiff Joshua Boge, a prisoner in the custody of the Wisconsin Department of Corrections, has submitted a proposed civil action under 42 U.S.C. § 1983.  Plaintiff has filed a copy of a trust fund account statement in support of a motion for leave to proceed without prepaying the filing fee.  A decision regarding plaintiff's indigency cannot be made at this time because the trust fund account statement that plaintiff submitted does not cover the *entire* six-month period immediately preceding the filing of the complaint.

    Plaintiff has submitted a statement for January 15 through January 29, 2024.  This statement is insufficient to determine if plaintiff qualifies for indigent status.  Instead, plaintiff must submit a certified trust fund account statement for the six-month period beginning approximately August 7, 2023, and ending approximately February 7, 2024.  Once plaintiff has submitted the required statement, then I will calculate an initial partial payment and advise plaintiff of the amount due.

ORDER

    IT IS ORDERED that plaintiff Joshua Boge may have an enlargement of time until February 28, 2024 to submit a certified trust fund account statement for the period beginning

approximately August 7, 2023 and ending approximately February 7, 2024. If plaintiff fails to respond to this order by February 28, 2024, then I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be dismissed without prejudice to plaintiff refiling at a later date.

Entered this 7th day of February, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge